UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:24CV1346 PLC |
| | ) | |
| FRANK BISIGNANO, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on Plaintiff's Petition to Award Attorney Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"), filed August 21, 2025. (ECF No. 17). Plaintiff requests attorney's fees in the amount of 8,595.62, at the rate of $234.85 per hour for time spent on the case. Plaintiff attaches an Assignment of EAJA Fee, in which she assigned any court-awarded fee to her attorney, Traci L. Severs. (ECF No. 17-2). Defendant Frank Bisignano, Commissioner of Social Security, does not object to Plaintiff's request. (ECF No. 18). He notes, however, that any award of attorney fees and costs is subject to offset to satisfy any preexisting debt Plaintiff owes to the United States. *See Astrue v. Ratliff*, 560 U.S. 586 (2010).

After careful consideration,

**IT IS HEREBY ORDERED that** Plaintiff's Petition to Award Attorney Fees pursuant to the EAJA (ECF No. 17) is **GRANTED**.

**IT IS FURTHER ORDERED that** Plaintiff is awarded EAJA attorney fees in the amount of $8,595.62, subject to offset for any preexisting debt that Plaintiff owes to the United States. After determining whether Plaintiff owes any debt to the United States that is subject to

offset, Defendant is directed to pay the EAJA fees and costs directly to Plaintiff's attorney, Traci L. Severs.

                                                                                            /s/ Patricia L. Cohen
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of September, 2025.